

FILED

SEP 2 5 2018

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RONALD DENNIS MAGALONG,<br><br>　　　　　Defendant. | CR 18-31-M-DLC<br><br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of bank fraud in violation of 18 U.S.C. § 1344(2) as set forth in Count 7 of the Indictment, and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) as set forth in Count 16 of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts 1 and 13 of the Indictment, and the forfeiture allegation in the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1.　That the Defendant is fully competent and capable of entering informed and voluntary pleas,

2.　That the Defendant is aware of the nature of the charges against him and

1

consequences of pleading guilty to the charges,

3.   That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4.   That his guilty pleas are knowing and voluntary pleas, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts 7 and 16 of the Indictment, and that sentence be imposed. I further recommend that Counts 1 and 13 of the Indictment, and the forfeiture allegation, be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 25th day of September, 2018.

Jeremiah C. Lynch
United States Magistrate Judge